IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICO J. VARGAS, | ) | No. C 12-0268 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| WARDEN P. BRAZELTON, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for a writ of habeas corpus as untimely and procedurally defaulted. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.12\Vargas268jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICO JOSE VARGAS SR., | Case Number: CV12-00268 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| P. BRAZELTON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Americo J Vargas V-82325
D-2-135UP
PVSP
PO Box 8500
Coalinga, CA 93210


Dated: January 22, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk